AUSA: Rosemary Gardey Telephone: (313) 226-0285
AO 91 (Rev. 11/11) Criminal Complaint   Special Agent: Jeffrey Moore, DEA Telephone: (313) 234-4000

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
 v.
Michael Horton

Case: 2:20−mj−30400
Assigned To : Unassigned
Assign. Date : 9/24/2020
CMP: SEALED MATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 8, 2020 to September 17, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) and 18 U.S.C. § 924(c)(1)(A) | Conspiracy to possess with intent to distribute methamphetaine; Use of a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

S/A Jeffrey Moore, Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 24, 2020

*Judge's signature*

City and state: Detroit, Michigan    Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Affiant, Special Agent Jeffrey Moore, being duly sworn, deposes and states the following:

1. Affiant is a Special Agent (SA) of the Drug Enforcement Administration and has been employed as such since April of 2004. Affiant is a law enforcement officer empowered to conduct investigations and make arrests for Violations of Title 21, United States Code.

2. Starting in July of 2020, the Canton Police Department, Special Operations Group (SOG) and the DEA have been investigating the drug trafficking activities of Michael HORTON. HORTON has been distributing methamphetamine to an undercover police officer as discussed further.

3. Canton PD SOG, Detective (Det.) Jacob Crittenden, acting in an undercover capacity as a drug customer conducted undercover drug purchases of methamphetamine from HORTON.

4. Det. Crittenden purchased methamphetamine from HORTON in an undercover operation on July 8, 2020 using pre-recorded buy money in Detroit, Michigan. During the undercover purchase, HORTON told Det. Crittendon that he (HORTON) also had firearms that he was looking to sell, specifically an "AK" type assault rifle and a semi-automatic pistol.

5. On July 15, 2020, Det. Crittenden conducted another undercover purchase of methamphetamine from HORTON in Detroit, Michigan utilizing prerecorded buy money.

6. Lab analysis of the purchased methamphetamine was analyzed by the DEA North Central Laboratory with results as follows;

| Date | Actual drug weight without packaging. | Purity |
|---|---|---|
| 7/08/2020 | 8.1 Grams | 98% |
| 7/15/2020 | 7.5 Grams | 98% |

7. In September of 2020, HORTON contacted Det. Crittenden and informed him that HORTON had more methamphetamine to sell and also was in possession of a firearm to sell Det. Crittenden. Negotiations (*regarding price and location*) for the undercover purchase were made and agreed upon to occur on September 17, 2020. HORTON agreed to sell Det. Crittenden 2 ounces of methamphetamine and a firearm (*1911 style pistol*) for $3,200.

8. On September 17, 2020, a controlled drug-buy operation was set up in the parking lot of the Holiday Inn Express & Suites at 3950 S. Lotz Road in Canton, Michigan by the Canton PD and DEA (Detroit Task Force Group 3).

9. Det. Crittenden was fitted with a body wire recording device and given $3,200 in pre-recorded DEA Official Advanced Funds (OAF) for the purchase of methamphetamine and a firearm from HORTON.

10. At 11:58 am, HORTON and a female associate arrived in a black Chrysler 200 to conduct the exchange with Det. Crittenden. Det. Crittenden entered the rear passenger seat of the Chrysler 200 with HORTON and the female. Det. Crittenden exchanged $3,200 in OAF with HORTON for the following items;

- Clear plastic bag of purported methamphetamine weighing 30.6 grams.
- 45 caliber Springfield Amory 1911 pistol, Model 1911-A1.
- Ammunition magazine (*for 1911*) loaded with 5 live rounds of 45 caliber ammunition.
- Black kydex gun holster.

11. After the exchange, Det. Crittenden exited the Chrysler and left the area.

12. Surveillance units followed HORTON and the female as they left the motel parking lot at 12:00 pm in their vehicle. HORTON and the female travelled south on I-275 in their vehicle.

13. At 12:03 pm, a CPD Officer attempted to conduct an investigative traffic stop/probable cause arrest of HORTON and the female near Exit 20 using emergency lights and siren. HORTON (the driver of the vehicle) refused to stop

his vehicle for the marked patrol unit. Law enforcement personnel did not attempt to pursue the vehicle and terminated surveillance of HORTON and the female.

14. Affiant field tested the purported methamphetamine as witnessed using a drug field test kit. The testing showed a positive reaction for the presence of methamphetamine.

15. Based on the aforementioned facts, your affiant maintains that probable cause exists to believe that Michael HORTON did knowingly and intentionally Conspire to Possess with Intent to Distribute methamphetamine, in violation of Title 21, United States Code, §§ 846 and 841(a)(1) and use of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, §§ 924(c)(1)(A).

I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge and belief.

_____
Special Agent Jeffrey Moore
Drug Enforcement Administration

Sworn to in my presence and/or
by reliable electronic means

_____
Honorable Elizabeth Stafford
United States Magistrate Judge

September 24, 2020